(132 So. 911)

Clyde **COLLINS v. STATE.**
8 Div. 119.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Appeal dismissed.

(131 So. 916)

Walter **COLLINS v. STATE.**
6 Div. 939.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.
Affirmed on authority of Roy Barger **v.** State, ante, p. 611, 131 So. 913.

(137 So. 918)

Roger **COMBEL v. STATE.**
I Div. 28.

Court of Appeals of Alabama.
Nov. 17, 1931.

SAMFORD, J.
Affirmed.

(138 So. 920)

Mancel **COMER v. TOWN OF NAUVOO.**
6 Div. 36.

Court of Appeals of Alabama.
Dec. 15, 1931.

SAMFORD, J.
Appeal dismissed.

(137 So. 918)

**J. H. COMPTON v. Mattie V. DAVIS.**
2 Div. 491.

Court of Appeals of Alabama.
Nov. 3, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 911)

**W. R. CONLEY v. STATE.**
8 Div. 282.

Court of Appeals of Alabama.
Nov. 17, 1931.

SAMFORD, J.
Affirmed.

(134 So. 918)

**CONNECTICUT MILLS CO. v. J. C. SAN-DERSON.**
8 Div. 150.

Court of Appeals of Alabama.
June 4, 1931.

PER CURIAM.
Appeal dismissed by agreement.

(138 So. 921)

James P., alias Pat, **CONNER v. STATE.**
I Div. 20.

Court of Appeals of Alabama.
Nov. 24, 1931.

Rehearing Denied Dec. 15, 1931.

RICE, J.
Affirmed.